UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECT T.V.
        Plaintiff(s)　　　　　　　　　　　　CIVIL ACTION
        　　　　　　　　　　　　　　　　　　NO. 03-12295-MLW
        V.

JAY DeSIMONE
        Defendant(s)

### NOTICE OF DEFAULT

Upon application of the Plaintiff(s) , DIRECT T.V., for an order of Default for failure of the Defendant(s), JAY DeSIMONE, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 28TH day of APRIL , 2004.

                                                  TONY ANASTAS, CLERK

                                                  By:   /s/ Dennis O'Leary
                                                             Deputy Clerk

Notice mailed to:

(default.not - 10/96)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　[ntcdflt.]