AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

DIRECTV, Inc.

V.

Jay Desimone

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 CV 12295 MLW

TO: (Name and address of Defendant)

Jay Desimone
89 Arlington Avenue
Revere, MA 02151

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.




TONY ANASTAS

CLERK

(By) DEPUTY CLERK

NOV 17 2003

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date ______ Signature of Server

______ Address of Server

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-69

*Suffolk, ss.*

April 1, 2004

I hereby certify and return that on 2/4/2004 at 12:20:00 PM I served a true and attested copy of the Summons, Complaint and Cover Sheet and corporate Disclosureq in this action in the following manner: To wit, by leaving at the last and usual place of abode of Jay Desimone, , 89 Arlington Avenue Revere, MA 02151 and by mailing 1st class to the above address on 2/6/2004. Basic Service Fee (LU) ($20.00), U.S. District Court Fee ($5.00), Conveyance ($3.00), Travel ($6.40), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $40.40

Deputy Sheriff William Stella

Deputy Sheriff

(1)