UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECT T.V.
        Plaintiff(s)                                CIVIL ACTION
                                                            NO. 03-12295-MLW
        V.

JAY DESIMONE
        Defendant(s)

## NOTICE OF DEFAULT

Upon application of the Plaintiff(s) , DIRECT T.V. for an order of Default for failure of the Defendant(s), JAY DESIMONE, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 30TH day of JUNE, 2005.

                                                                             SARAH A. THORNTON, CLERK

                                                        By:    /s/ Dennis O'Leary
                                                                        Deputy Clerk

Notice mailed to:

(default.not - 10/96)                                                                                                                       [ntcdflt.]