**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **1:03-cv-12295 MLW** |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. ) | **WITHOUT PREJUDICE** |
| ) | |
| **Jay Desimone** ) | |
| ) | |
| Defendant ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint and the amended complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

8/15/2005                              /s/ John M. McLaughlin
Date                                       John M. McLaughlin
                                               **Green Miles Lipton & Fitz-Gibbon LLP**
                                               77 Pleasant Street
                                               P.O. Box 210
                                               Northampton, MA 01061
                                               Telephone: (413) 586-0865
                                               BBO No. 556328

## **CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 12th day of August, 2005, a copy of the foregoing Notice of Dismissal was mailed first class to:


Jay Desimone
89 Arlington Avenue
Revere, MA 02151

                                                 /s/ John M. McLaughlin
                                                 John M. McLaughlin, Esq.